UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABRAHAM BLAU,

                        Plaintiff,

v.                                                                     **ORDER**

SHLOMO FISHER a/k/a SOL FISHER,           25-CV-01562 (PMH)
et al.,

                        Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. Rule 18(a)(3) of the Southern District of New York's Rules for the Division of Business provides for circumstances when a civil case shall be designated for assignment to White Plains, and when it may be designated for assignment to White Plains. The Complaint in this matter alleges that the subject property is located in New Jersey and that Plaintiff, as well as Defendants Fisher, Spitzer, Gratt, Anisfeld, and Muller are residents of New Jersey. (Doc. 2 ¶¶ 1, 7-12). While the Complaint alleges that the other Defendants are citizens of the State of New York (*id*. ¶¶ 13-24), the Complaint does not otherwise identify whether the claim arose in any part of the Northern Counties or whether any of the parties reside in the Northern Counties. Indeed, based on the Civil Cover Sheet (Doc. 2-4), it appears that the New York parties are located in the counties of Queens and New York.

      The foregoing suggests that the case must be assigned to Manhattan. Plaintiff is therefore directed to, by March 10, 2025, either: 1) amend the complaint to specify what part of the claim arose out of the Northern Counties or which parties reside in the Northern Counties such that the case should be assigned to the White Plains courthouse, or 2) inform the Court via letter that the case should more properly be assigned to Manhattan.

SO-ORDERED:

Dated: White Plains, New York
       March 5, 2025

                                              _____
                                              Philip M. Halpern
                                              United States District Judge