UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABRAHAM BLAU,

                            Plaintiff,
v.                                                              ORDER

SHLOMO FISHER a/k/a SOL FISHER,                 25-CV-01562 (PMH)
et al.,

                            Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Plaintiff commenced this action on February 24, 2025 and re-filed the Complaint on March 3, 2025 in light of a deficiency notice entered by the Clerk of Court. (Doc. 1; Doc. 2). Upon assignment to this Court, on March 5, 2025, the Court issued an Order observing that the Complaint was devoid of allegations suggesting the case was properly assigned to White Plains pursuant to Rule 18(a)(3) of the Southern District of New York's Rules for the Division of Business. (Doc. 3). The Court further noted that the Civil Cover Sheet (Doc. 2-4) identified that the New York parties are located in the counties of Queens and New York, and it therefore appeared this case must be assigned to Manhattan. (*Id.*).

The Court directed Plaintiff to, by March 10, 2025, either amend the complaint to set forth facts supporting the assignment of this action to the White Plains courthouse, or inform the Court via letter that the case should more properly be assigned to Manhattan. Plaintiff has not done either.

For the reasons expressed in the Court's March 5, 2025 Order (Doc. 3), and because Plaintiff has failed to amend the Complaint as directed, the Clerk of Court is respectfully directed to transfer this case to the Manhattan courthouse.

SO-ORDERED:

Dated:  White Plains, New York
        March 11, 2025

_____
Philip M. Halpern
United States District Judge