```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ABRAHAM BLAU,                                       :
                                                    :
                            Plaintiff,              :
                                                    :           25 Civ. 1562 (JPC)
            -v-                                     :
                                                    :                ORDER
SHLOMO FISHER, et al.,                              :
                                                    :
                            Defendants.             :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 7, 2025, Plaintiff served Defendants JDA Holdings LLC and S&W Metals Inc. with copies of the Summons and Complaint. Dkt. 13. On April 9, 2025, Plaintiff served Defendants Shlomo Fisher, Jacob Muller, and Arthur Spitzer. *Id.* The docket does not reflect that service has been completed on Defendants Samuel Gratt or Yakov Anisfeld.

The deadline for Defendants JDA Holdings LLC and S&W Metals Inc. to respond to the Complaint was April 28, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). The deadline for Defendants Shlomo Fisher, Jacob Muller, and Arthur Spitzer to respond to the Complaint was April 30, 2025. *Id.* These deadlines have passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* these Defendants' deadline to respond to the Complaint until June 6, 2025. If these Defendants once again fails to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default as to these Defendants by June 12, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which these Defendants were served with the Summons and Complaint.

SO ORDERED.

Dated: May 30, 2025
       New York, New York

                                            JOHN P. CRONAN
                                    United States District Judge