UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ABRAHAM BLAU,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :        25 Civ. 1562 (JPC)
         -v-                                                           :
                                                                       :        ORDER
SHLOMO FISHER, *et al.*,                                               :
                                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court's May 28, 2025 Order directed Plaintiff to file a status letter regarding service on Defendants by June 4, 2025, and provided that "Plaintiff must file this letter even if service of the Summons and Complaint is or has already been made on Defendants." Dkt. 12. The Court's Order further cautioned that "[i]f no such letter is filed, the Court may dismiss the case for failure to prosecute." *Id.* This deadline has passed and the docket does not reflect the submission of the required status letter. The Court *sua sponte* extends Plaintiff's deadline to June 6, 2025. Plaintiff is cautioned that failure to file the required status letter by that date may result in the dismissal of this case against Defendants Samuel Gratt and Yakov Anisfeld for failure to prosecute. Counsel for Plaintiff is further cautioned that failure to abide by court orders may result in sanctions.

      SO ORDERED.

Dated: June 5, 2025
       New York, New York
                                                _____
                                                      JOHN P. CRONAN
                                                    United States District Judge