UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
ABRAHAM BLAU,                                             :
 :
                        Plaintiff,                    :
 :
                            -v-                                :              25 Civ. 1562 (JPC)
 :
SHLOMO FISHER, *et al.*,                          :                  <u>ORDER</u>
 :
 :
                        Defendants.                :
 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 13, 2025, Defendants Shlomo Fisher, Yakov Anisfeld, and JDA Holdings LLC filed a motion to dismiss the Complaint. Dkt. 22. The motion is denied without prejudice.

       Defendants Shlomo Fisher and JDA Holdings LLC are presently in default, having twice missed their deadline to respond to the Complaint. *See* Dkt. 14. Neither Defendant has moved to extend the time to respond to the Complaint or offered good cause to overlook their default, and Plaintiff is presently seeking a Clerk's Certificate of Default against these Defendants in accordance with the Court's May 30, 2025 Order. *See* Dkts. 19, 21. Any motion to dismiss brought on behalf of these Defendants is therefore untimely. Additionally, the motion was filed and signed by "David C. Steinmetz, Esq." of "Steinmetz LLC" who purports to be "Attorneys for Represented Defendants." Dkt. 14 at 9. Mr. Steinmetz has not made an appearance in this case, however. If Mr. Steinmetz represents Defendants in this action and wishes to make filings on their behalf, he must file a Notice of Appearance as their attorney. Lastly, Defendants' motion was not preceded by a pre-motion letter in accordance with the Court's Individual Civil Rule 6.A. *See* https://www.nysd.uscourts.gov/hon-john-p-cronan. The motion may therefore be denied for failure to comply with the Court's Individual Rules.

SO ORDERED.

Dated: June 16, 2025
      New York, New York

                                          JOHN P. CRONAN
                                   United States District Judge