```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ABRAHAM BLAU,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :           25 Civ. 1562 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
SHLOMO FISHER, et al.,                                                 :
                                                                       :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court's June 9, 2025 Order extended Plaintiff's deadline to serve Defendant Yakov Anisfeld to June 20, 2025 and provided that "Plaintiff shall file a letter by June 23, 2025 indicating whether he has been able to serve Defendant Anisfeld and, if so, shall file proof of service on the docket by that date. If Plaintiff is unable to serve Defendant Anisfeld by June 20, 2025 and does not propose a means to effectuate service on this Defendant, the Court may dismiss Defendant Anisfeld for failure to serve process under Rule 4(m)." Dkt. 18.

These deadlines have passed and Plaintiff has neither filed proof of service on Defendant Anisfeld nor filed the required letter proposing a means to effectuate service. The Court therefore dismisses this action without prejudice against Defendant Yakov Anisfeld for failure to serve process as required by Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated: June 24, 2025
       New York, New York

                                                            _____
                                                                  JOHN P. CRONAN
                                                                  United States District Judge