```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ABRAHAM BLAU,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :    25 Civ. 1562 (JPC)
            -v-                                                        :
                                                                       :         ORDER
SHLOMO FISHER, et al.,                                                 :
                                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court's June 9, 2025 Order extended *sua sponte* Defendant Samuel Gratt's deadline to respond to the Complaint to June 16, 2025 and provided that "[i]f Defendant once again fails to respond to the Complaint by his deadline to do so, Plaintiff shall seek a Certificate of Default as to this Defendant by June 23, 2025." Dkt. 18. Both the deadline for Defendant Gratt to respond to the Complaint and the deadline for Plaintiff to seek a Certificate of Default against that Defendant have passed, and the docket does not reflect either a response to the Complaint or that Plaintiff has sought a Certificate of Default. The Court *sua sponte* extends Plaintiff's deadline to seek a Certificate of Default against Defendant Samuel Gratt to June 30, 2025. If Plaintiff has not sought a Certificate of Default against Defendant Gratt by that date, the Court may dismiss that Defendant from this action for failure to prosecute.

SO ORDERED.

Dated: June 25, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge