```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
ABRAHAM BLAU,                                   :
                                                :
                        Plaintiff,              :
                                                :       25 Civ. 1562 (JPC)
        -v-                                     :
                                                :              ORDER
SHLOMO FISHER, et al.,                          :
                                                :
                                                :
                        Defendants.             :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court's June 27, 2025 Order extended *sua sponte* Plaintiff's deadline to respond to Defendants' June 23, 2025 pre-motion letter to June 30, 2025. That deadline has again passed and Plaintiff did not make the required submission.

Defendants Shlomo Fisher and JDA Holdings LLC[1] shall file any motion to vacate the Clerk's Certificate of Default by July 8, 2025. Plaintiff shall file any opposition to Defendants' motion by July 15, 2025. Defendants may file an optional reply brief by July 22, 2025.

Plaintiff's counsel is separately ordered to submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of his failure to comply with the Court's Order of June 27, 2025. Such letter shall be filed by July 8, 2025.

SO ORDERED.

Dated: July 1, 2025
       New York, New York                       _____
                                                JOHN P. CRONAN
                                                United States District Judge

---

[1] The June 23, 2025 pre-motion letter was also brought on behalf of Defendant Yakov Anisfeld. *See* Dkt. 28. On June 24, 2025, the Court dismissed Defendant Anisfeld from this action due to Plaintiff's failure to serve process under Federal Rule of Civil Procedure 4(m). *See* Dkt. 29.