USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM BLAU,

Plaintiff,

-v-

SHLOMO FISHER, ET AL.,

Defendants.

**ORDER**

25-CV-1562 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 9, 2026, the undersigned held a premotion conference regarding plaintiff's plans as to the defendants dismissed without prejudice as well as the requirements for obtaining a default judgment against the remaining defendants. At the time, plaintiff was considering his options. As there have been no additional filings since the September 9 conference, plaintiff is directed to file a letter on the docket by **November 6, 2026**, describing how he plans to proceed with this case.

**SO ORDERED.**

Dated: October 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge