USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM BLAU,

Plaintiff,

-v-

SHLOMO FISHER, ET AL.,

Defendants.

**ORDER**

25-CV-1562 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter (the "Letter"). ECF No. 65. Plaintiff is directed to serve the Letter and this order on the non-appearing defendants and file proof of such service by **November 13, 2026**.

If any defendants wish to respond to the Letter, they must do so by **November 20, 2026**.

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge